## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 5, 2006.*

[Cite as *06/05/2006 Case Announcements*, 2006-Ohio-2763.]

### MOTION AND PROCEDURAL RULINGS

2006–0919.   Conley v. Smith.

Stark App. No. 2005CA00215, 2006-Ohio-1498. This cause is pending before this court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to dismiss and/or suggestion of bankruptcy stay,

IT IS ORDERED by the court, sua sponte, that this case is stayed pending further order of this court.

IT IS FURTHER ORDERED that the parties shall file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.